**Order issued:** October 1, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01708-CV

### HAL RACHAL, JR., Appellant

### V.

### LETKIEWICZ & FOSTER, Appellee

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2

## ORDER

Before the Court is appellant's August 17, 2012 motion regarding fees, the appellate record, and supplemental brief and appellee's response to the motion. The trial court sustained the contest to appellant's affidavit of indigence. Accordingly, appellant must pay costs of the appeal. We **GRANT** the motion to the following extent:

We **ORDER** John Warren, Dallas County Clerk, to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, either: (1) a supplemental clerk's record containing the documents requested by appellant; (2) written verification that appellant has not requested a supplemental clerk's record in accordance with rule of appellate procedure 34.5(c); or (3) written verification that appellant was notified of the fee for the supplemental clerk's record and appellant has not paid for the record. *See* TEX. R. APP. P. 34.5(c). *We caution appellant that if the Court receives notification*

*of no request for the supplemental clerk's record or no payment for the supplemental clerk's record, the appeal will be submitted on the clerk's record currently on file with the Court.*

We **ORDER** Joie Rivera, Official Court Reporter for Probate Court No. 2 of Dallas County, Texas, to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, either: (1) the reporter's record; (2) written verification that appellant has not requested preparation of a reporter's record in accordance with rule of appellate procedure 34.6(b); or (3) written verification that appellant was notified of the fee for the reporter's record and appellant has not paid for the record. *See* TEX. R. APP. P. 34.6(b). *We caution appellant that if the Court receives notification of no request or no payment, we will order the appeal submitted without a reporter's record.* TEX. R. APP. P. 37.3(c).

On August 27, 2012 appellant filed a motion for an extension of time to file an amended brief. We **GRANT** appellant's motion to the extent that we order appellant to file an amended brief **WITHIN SIXTY DAYS OF THE DATE OF THIS ORDER**. *We caution appellant that if appellant fails to file a brief within sixty days of the date of this order, the Court will strike the existing brief and dismiss the appeal. See* TEX. R. APP. P. 38.8(a)(1) & 42.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to John Warren, Joie Rivera, and all counsel of record and to mail a copy of this order to appellant.

ELIZABETH LANG-MIERS
JUSTICE

–2–